UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 18 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:17CR484 RLW/DDN |
| ANTHONY WOOTEN, | ) |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, August 17, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**ANTHONY WOOTEN,**

the Defendant herein, did knowingly escape from Dismas House of St. Louis, a facility to which he was lawfully confined by the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri, upon the felony conviction in Cause No. 4:12 CR 361 SNLS, for the offense of Felon in possession of a firearm.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney