UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case NO.: 4:17 CR00484 RLW-1 |
| | ) | |
| ANTHONY WOOTEN | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S MOTION TO CORRECT SENTENCE</u>**

COMES NOW Defendant, Anthony Wooten, by and through his attorney, Jermaine Wooten and hereby request that he be granted credit for time served. In Support thereof, Defendant states as follows:

1. On or about October 18, 2017, the Defendant was indicted on one count of felon in possession of a firearm.[See ECF Doc 1]

2. On November 9, 2018, the Defendant was arrested under staid indictment. [See ECF Doc 6].

3. On November 18, 2019, the Defendant waived his detention hearing. [See ECF 15]

4. On March 5, 2019, the Defendant entered a plea of guilty on count 1. [See ECF Doc 25]

5. On June 27, 2019, the Defendant was sentenced to 36 months. [See ECF Doc 39]

6. The Defendant is currently in Federal Bureau of Prison's custody and they will not give the Defendant credit for jail-time served between November 9, 2018-March 5, 2019.

WHEREFORE, defendant is requesting this court to issue an order correcting Defendant's sentence and granting the Defendant credit for time served between November 9, 2018 and March 5, 2019.

Respectfully Submitted,


/s/ Jermaine Wooten
Jermaine Wooten
4144 Lindell Ste 225
St. Louis MO 63108
Office 314-531-1708
Faxsimile 314-652-8775
wootenjlaw1@aol.com


## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020 the foregoing was filed electronically with the Clerk of the Court to be served by operations of the Court's Electronic filing system upon counsel for the plaintiff United States of America:


/s/  Jermaine Wooten